31 A.3d 943

IN THE MATTER OF ELIO A. ARRECHEA, AN ATTORNEY AT LAW (ATTORNEY NO. 017831975).

December 9, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–118, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ELIO A. ARRECHEA,** formerly of **UNION CITY,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard client funds and commingling personal and client funds in the trust account); *RPC* 1.15(b) (failure to promptly turn over funds to client or third party); and *RPC* 1.15(d) (recordkeeping violations), and good cause appearing;

It is ORDERED that **ELIO A. ARRECHEA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.